# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAUL A. KAYLOR,
Petitioner,
vs.
TAHOE TOWNSHIP JUSTICE COURT;
AND THE HONORABLE VICTOR P.
TRUJILLO, SENIOR JUSTICE OF THE
PEACE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 71622

FILED

DEC 15 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for a writ of certiorari challenging a misdemeanor conviction arising from the justice court. Petitioner Paul Kaylor argues that the district court erred in affirming his misdemeanor conviction because there was insufficient evidence he violated the ordinance, the statutory obligations of innkeepers were ignored, and the county code was unconstitutionally vague and violated his due process rights. We decline to exercise our jurisdiction to consider this petition because Kaylor did not challenge the constitutionality or the validity of the ordinance in the district court and because his claims do not implicate the jurisdiction of the lower courts. *See* NRS 34.020; *Zamarripa v. First*

16-39059

*Judicial Dist. Court*, 103 Nev. 638, 640, 747 P.2d 1386, 1387 (1987) ("A writ of certiorari is an extraordinary remedy and the decision to entertain a petition for a writ of certiorari lies within the discretion of this court."). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc:    Brian R. Morris
       Attorney General/Carson City
       Douglas County District Attorney/Minden
       Douglas County Clerk